O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Southwest Engineering, Inc., a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 05-8998 RSWL (PJWx)<br><br>**ORDER Re: Application of Plaintiff Southwest Engineering, Inc. to Confirm Arbitration Award and Enter Judgment Thereon [17]** |
| Plaintiff, | | |
| v. | | |
| Employers Insurance of Wausau, a mutual company and a Wisconsin corporation, | | |
| Defendant. | | |

Before the Court is the Application of Plaintiff Southwest Engineering, Inc. ("Plaintiff") to Confirm Arbitration Award and Enter Judgment Thereon. This Application was set for hearing on December 7, 2011 and taken under submission on December 5, 2011. Having reviewed all the papers and arguments submitted pertaining to this Application, **THE COURT NOW RULES AS FOLLOWS:**

The Court **GRANTS** the Application of Plaintiff to

1

---

Confirm Arbitration Award and Enter Judgment Thereon.

On October 3, 2011, arbitration proceedings concluded, and the Arbitration Award was issued. Pursuant to the Award, Arbitrator Kenneth Gibbs found Defendant liable to Plaintiff for the total sum of $717,844.46. This total sum is composed of contract damages in the amount of $622,195.46, which includes applicable interest through October 3,2011; attorney's fees in the amount of $93,000; and costs in the amount of $2649.

The Court finds that the Arbitration Award issued by Arbitrator Gibbs, is eligible for confirmation under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9. The Court finds that it has independent grounds for subject matter jurisdiction over this Case, and that Plaintiff has fulfilled all procedural requirements set forth by the FAA. Furthermore, pursuant to the FAA, this Court finds that Plaintiff is entitled to a confirmation of its Arbitration award in this Court as this Court is located in the same district as where the arbitration took place. Accordingly, the Court defers to the Arbitration Award issued by Arbitrator Gibbs and hereby **GRANTS** Application of Plaintiff to Confirm Arbitration Award and Enter Judgment Thereon.

In addition, the Court **GRANTS** Plaintiff's request for additional prejudgment interest, calculated from October 3, 2011, the date of the arbitration award, to December 7, 2011, the date of the original scheduled

1  hearing on this matter.  In calculating the appropriate
2  interest award, the Court finds that the Parties
3  previously agreed to a prejudgment interest rate of six
4  percent.  Pursuant to this six percent rate, the Court
5  awards an additional $7,670[1] in prejudgment interest to
6  Plaintiff.
7       In addition, the Court **GRANTS** Plaintiff's request
8  for attorney's fees. The Court finds attorney's fees
9  are appropriate in this matter given that the Parties
10 had contractually agreed to compensate the prevailing
11 party in the event of a dispute.  As such, this Court
12 awards Plaintiff attorney's fees in the amount of
13 $2,760, which total the attorney's fees incurred by
14 Plaintiff in association with the preparation of this
15 Application.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] With an award total of $717,844.46 and a rate of interest at six percent, the daily rate of interest equates to $118 per day ($717,844.46 x 6% = $43,070.67. $43,070.67/365days = $118). At a rate of $118 per day calculated over 65 days between the award date and the scheduled hearing date, the total prejudgment interest amounts to a total of $7670.

3

Accordingly, the Court will now enter Judgment in this case in favor of Plaintiff in the amount of $728,274.46 against Defendant Employers Insurance of Wausau.  This sum consists of the award of $717,844.46 as set forth in the Arbitration Award issued by Arbitrator Gibbs on October 3, 2011; $7,670 in interest; and $2,760 in attorney's fees.

**IT IS SO ORDERED.**

DATED: January 3, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge