1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Southwest Engineering, Inc., a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 05-8998 RSWL (PJWx)  **JUDGMENT** |
| Plaintiff, | | |
| v. | | |
| Employers Insurance of Wausau, a mutual company and a Wisconsin corporation, | | |
| Defendant. | | |

On January 3, 2012, the Court issued an Order granting Application of Plaintiff Southwest Engineering, Inc. ("Plaintiff") to Confirm Arbitration Award and Enter Judgment Thereon.

///
///
///
///
///

1

1    Accordingly, judgment is entered against Defendant
2 Employers Insurance of Wausau in the amount of
3 $728,274.46.  This sum consists of the award of
4 $717,844.46 as set forth in the Arbitration Award
5 issued by Arbitrator Gibbs on October 3, 2011; $7,670
6 in interest; and $2,760 in attorney's fees.

**IT IS SO ORDERED.**
DATED: January 3, 2012

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2